**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANDREAS ODYSSEOS,** | : | No. 3:16cv2462 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **RINE MOTORS, INC.,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 8th day of March 2017, it is hereby **ORDERED** that Defendant Rine Motors, Inc.'s motion for partial dismissal (Doc. 12) is **DENIED**.

                          **BY THE COURT:**

                          **s/ James M. Munley**
                          **JUDGE JAMES M. MUNLEY**
                          **United States District Court**